**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| HIGHLANDS OF MONTOUR RUN, LLC, ) | Case No. 10-21678 |
| an Illinois limited liability company ) | |
| ) | Hon. Pamela S. Hollis |
| Debtor. ) | |
| ) | |
| ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on May 20, 2010, the above-captioned debtor (the "Debtor"), filed the **Motion for Interim Order Authorizing Debtor to: (A) Use Cash Collateral; and (B) Grant Certain Liens and Provide Adequate Protection and Other Relief to Wells Fargo Bank** [Docket No. 13] (the "Cash Collateral Motion") with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

PLEASE TAKE FURTHER NOTICE that on May 27, 2010, the Court entered the **Agreed Interim Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection** [Docket No. 21] (the "Interim Cash Collateral Order").

PLEASE TAKE FURTHER NOTICE that on June 14, 2010, Wells Fargo Bank, N.A. ("Wells Fargo") filed the **Proposed Agreed Final Order Authorizing the Limited Use of Cash Collateral and Granting Adequate Protection** (the "Proposed Final Order") with the Court.  A copy of the Proposed Final Order is attached hereto at Exhibit A.  A blackline comparing the Proposed Final Order with the Interim Cash Collateral Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Cash Collateral Motion, including entry of the Proposed Final Order, will be held on **June 15, 2010 at 10:30 a.m. (Chicago Time)** (the "Hearing") before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead, at which time you may appear and be heard.

PLEASE TAKE FURTHER NOTICE that on June 3, 2010, the debtor filed the **Notice of Hearing** [Docket No. 28] giving notice of the Hearing in accordance with the terms and conditions of the Interim Cash Collateral Order.

PLEASE TAKE FURTHER NOTICE that the terms of this Order are being negotiated between Wells Fargo and the Debtor and, therefore, Wells Fargo reserves its rights to further revise this Order.

Dated:  June 14, 2010
    Chicago, Illinois

/s/ Robert E. Krebs
Brad B. Erens (IL Bar No. 6206864)
Robert E. Krebs, Jr. (IL Bar No. 6277819)
Dennis N. Chi (IL Bar No. 6292548)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

ATTORNEYS FOR WELLS FARGO BANK, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail, first class postage prepaid, on June 14, 2010 upon the following parties: Highlands of Montour Run, LLC c/o North Street Properties, 100 North Field Drive, #110, Lake Forest, IL 60045; Richard H. Fimoff and Jennifer L. Tweeton, 25 E. Washington Street, Suite 1000, Chicago, IL 60602; William T. Neary, 219 S. Dearborn St., Room 873, Chicago, IL 60604; and the parties on the attached service list.

/s/ Dennis N. Chi
Dennis N. Chi
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: dchi@jonesday.com

## SERVICE LIST

CHI-1757871v1

Ace Graphics, Inc.
2052 Corporate Lane
Naperville, IL 60563-9691

Allegheny Pest Control
PO Box 783
Jefferson Hills, PA 15025-0783

Allegheny Power
800 Cabin Hill Drive
Greensburg, PA 15606-0001

Apartment Finder-Pittsburgh
Network Comm Inc.
PO Box 402168
Atlanta, GA 30384-2168

Apartments.com
2563 Collection Center Drive
Chicago, IL 60693-0001

Assurance Agency Ltd.
PO Box 66056
Chicago, IL 60666-0056

Best Karpet Klean - Pittsburgh
1477 E. 357th Street
Eastlake, OH 44095-4127

Bridgeville Appliance Co.
532 Washington Ave.
Bridgeville, PA 15017-2016

Cintas
40 Abele Road
Bridgeville, PA 15017-3439

(p)COLUMBIA GAS
ATTN REVENUE RECOVERY
200 CIVIC CENTER DR 11TH FLOOR
COLUMBUS OH 43215-4157

Complete Vending Service Inc.
4110 Davison Street
Pittsburgh, PA 15201-1756

Cort Furniture
1201 Brighton Road
Pittsburgh, PA 15233-1631

Duron Paints & Wallcoverings
2701 Smallman Street
Pittsburgh, PA 15222-4719

Floor Designs Unlimited LLC
3330 Library Road
Pittsburgh, PA 15234-2633

For Rent Magazine
75 Remittance Drive
#1705
Chicago, IL 60675-1705

HD Supply Facilities Maint.
PO Box 509058
San Diego, CA 92150-9058

Jeffrey P. Meyers
7000 Stonewood Drive
Suite 110
Wexford, PA 15090-7376

Muzak-National
PO Box 601968
Charlotte, NC 28260-1968

North Fayette Twshp Prop Taxes
W Allegheny Schools-T. Falcion
400 N. Branch Road, Suite 700
Oakdale, PA 15071-3646

PNC Bank
P.O. Box 94982
Cleveland, OH 44101-4982

PNC Bank Credit Card
PO Box 856177
Louisville, KY 40285-6177

Rental Guide
100 Emerson Lane
Suite 1505A
Bridgeville, PA 15017-3484

Whirlpool National
PO Box 88129
Chicago, IL 60695-1129

Sherwin-Williams Co.
4650 Old Frankstown Road #C
Pittsburgh, PA 15239-2510

W. Allegheny County Municip.
403 Virginia Drive
Oakdale, PA 15071-9105

Waste Management
625 Cherrington Parkway
Coraopolis, PA 15108-4321

Western Pennsylvania Apt. Assn
PO Box 3165
Pittsburgh, PA 15230-3165